AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

UNITED STATES OF AMERICA
v.
Loc Say Liu
*Defendant*

Case No. 4:26-cr-00207-ALM-BD
OKED Case No.: 26-MJ-309-GLJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Loc Say Liu, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Marijuana (1)

Date: 8/12/2026

David A. O'Toole
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

FILED
AUG 12 2026
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:26-CR-207 |
| SHARON KHAN CHUONG (1) | § | Judge ALM / BD |
| LOC SAY LIU (2) | § | |
| MANUEL CEASER DAVALOS (3) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute and
Possess with Intent to Distribute
Marijuana)

From in or about January 2025, and continuing up to and including the date of this indictment, in the Eastern District of Texas and elsewhere, **SHARON KHAN CHUONG**, **LOC SAY LIU**, and **MANUEL CEASER DAVALOS,** defendants, did knowingly and intentionally conspire and agree with other persons known and unknown to the grand jury to possess with intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana; a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
**(Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c))**

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting or derived from any proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate such violation.

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant's up to the value of the forfeitable property.

A TRUE BILL

SD.
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

Eric Erlandson
Assistant United States Attorney

August 12, 2026
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | |
| | § | NO. 4:26-CR- |
| SHARON KHAN CHUONG (1) | § | Judge |
| LOC SAY LIU (2) | § | |
| MANUEL CEASER DAVALOS (3) | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 846

Penalty: Imprisonment of not less than 10 years, nor more than life, a fine not to exceed $10,000,000, or both; supervised release of at least 5 years.

Special Assessment: $100.00